# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: TORREY FREDERICK MOTION   :  No. 626 MAL 2018
FOR RETURN OF PROPERTY           :
                                         :
                                         :  Petition for Allowance of Appeal from
PETITION OF: TORREY FREDERICK   :  the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 3rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.